UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MHC TRUCK LEASING, LLC<br><br>    *Plaintiff,*<br><br>v.<br><br>EMS SERROT, LLC,<br><br>    *Defendant.* | §§§§§§§§§§§§§    Cause No. 3:23-cv-128 |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

**MHC Truck Leasing, LLC** ("*MHCTL*"), the Plaintiff, complains of **EMS Serrot, LLC** ("*EMS*"), the Defendant, and for its cause of action would respectfully show the Court as follows:

### A.   Parties, Jurisdiction, and Venue

1.   Plaintiff MHCTL is a Kansas limited liability company with its principal place of business in Leawood, Kansas.

2.   Defendant EMS is a Texas limited liability company with its principal place of business in El Paso County, Texas. It may be served through its registered agent, Jesus J. Torres, at 7362 Remcon Circle, El Paso, Texas 79912, or wherever he may be found.

3.   Diversity of jurisdiction exists in this case pursuant to 28 U.S.C.A § 1332(a). There is complete diversity of citizenship between the parties. MHCTL is a foreign limited liability company organized pursuant to the laws of The State of Kansas with its principal place of business in Leawood, Kansas. EMS is a Texas limited liability corporation with its principal place of business in El Paso County, Texas.

1

4. Venue is proper under 28 U.S.C. § 1391(b)(2) because it is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

### B.   Facts

5. MHCTL is in the business of renting and leasing commercial motor vehicles to motor carriers.

6. EMS is a commercial motor carrier operating out of El Paso County, Texas.

7. On or about July 28, 2021, EMS, as lessee, entered into a lease agreement with MHCTL as lessor ("*Lease 1*"), for the lease of two Kenworth T680 tractors bearing MHCTL unit numbers 525117 and 525124.

8. On or about August 31, 2021, EMS, as lessee, entered into a lease agreement with MHCTL as lessor ("*Lease 2*"), for the lease of two additional Kenworth T680 tractors bearing MHCTL unit numbers 525119 and 525123.

9. Later, on or about January 7, 2023, EMS entered into a rental agreement with MHCTL ("*Rental 1*"), for the rental of a tractor bearing MHCTL unit number 525115.

10. Then, on or about January 17, 2023, EMS entered into a rental agreement with MHCTL ("*Rental 2*"), for rental of a tractor bearing MHCTL unit number 524933.

11. Collectively, the lease and rental agreements will be referred to as the "*Agreements*." The leased and rented equipment will be collectively referred to as the "*Equipment*."

12. On or about February of 2023, EMS defaulted on its obligations under the Agreements by failing to pay amounts due and owing. EMS also wrongfully maintained possession of some or all of the Equipment.

13. MHCTL, through its undersigned counsel, on March 9, 2023, made written demand on EMS that it cure its defaults and tender amounts owing and outstanding. EMS did not respond or remit payment.

### C. Conditions Precedent

14. Pursuant to Federal Rule of Civil Procedure 9, MHCTL states all conditions precedent have been performed or have occurred, to the extent required by the applicable Agreements.

### D. Breach of Contract

15. MHCTL re-alleges and incorporates paragraphs 5 through 14 of this Complaint.

16. PeacLease has performed its obligations under the Agreements.

17. EMS has not performed its obligations under the Agreements. Specifically, EMS is in default on payment and currently owes $110,427.81.

### E. Damages

18. MHCTL re-alleges and incorporates paragraphs 5 through 14 of this Complaint.

19. As a direct and proximate result of EMS' breach, MHCTL suffered damages in the amount due to it under the terms of the Agreements, $110,427.81.

### F. Attorney Fees

20. As a result of EMS' breach, MHCTL was required to retain counsel and seeks reimbursement for its reasonable attorney fees, as authorized by Texas Civil Practice and Remedies Code § 38.001 et seq.

### G. Jury Demand

21. Pursuant to the United States Constitution Amendment 7 and Federal Rule of Civil Procedure 38, MHCTL hereby respectfully demands trial by a jury on all issues.

## H. Prayer

22. For the foregoing reasons **MHC Truck Leasing, LLC** prays for judgment against **EMS Serrot, LLC** for the following:

   a. $110,427.81 in money damages resulting from defendant's breach;

   b. Reasonable and necessary attorney fees;

   c. Pre- and post-judgment interest in the maximum amount allowed by law;

   d. Costs of suit; and

   e. Any and all further relief the Court deems appropriate.

Respectfully submitted,

**KEMP SMITH LLP**
221 N. Kansas St., Ste. 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (Fax)

By: _____
Ancel Escobar
State Bar No. 24101171
Ancel.Escobar@kempsmith.com

*Attorneys for MHC Truck Leasing, LLC*

4