**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| MHC TRUCK LEASING, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Cause No. EP-23-CV-128-KC |
| EMS SERROT, LLC | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |

## MHC TRUCK LEASING, LLC'S REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff MHC Truck Leasing, LLC ("*MHCTL*") respectfully requests the court enter default judgment against defendant EMS Serrot, LLC ("*EMS*").

### A. *Request for Entry of Default.*

1. On March 29, 2023, MHCTL filed its Original Complaint seeking damages in the amount of $110,427.81 based on EMS' breach of contract. MHCTL filed its First Amended Complaint on April 14, 2023, pursuant to this Court's order requiring additional information regarding MHCTL's citizenship. *See* ECF Nos. 5 and 6.

2. On April 26, 2023, EMS, through its attorney of record, signed a Waiver of Service of Summons, acknowledging its answer was due within 60 days of April 17, 2023. Thus, EMS' deadline to answer suit was on or before Friday, June 16, 2023. *See* ECF No. 8.

3. EMS is not a minor, is not incompetent, and to the best of MHCTL's knowledge is not in military service.

4. To date, EMS has not filed a responsive pleading to MHCTL's Complaint.

5. MHCTL requests entry of default judgment against EMS on its breach of contract claim.

### B. *Motion for Default Judgment*

6. The condition precedent to entry of default, *see* Fed. R. Civ. P. 55(a), is warranted because EMS never filed a responsive pleading to MHCTL's Complaint for breach of contract. EMS is a limited liability company, is not a minor, is not incompetent, to MHCTL's knowledge is not in military service, and its time to answer MHCTL's Complaint has expired.

7. By way of its Complaint, MHCTL requests the court enter default judgment against EMS Serrot, LLC pursuant to Federal Rule of Civil Procedure 55(b). In support of this request MHCTL relies upon the record in this case and the affidavit submitted herein.

Dated this 2nd day of August, 2023.

Respectfully submitted,

**KEMP SMITH LLP**
221 N. Kansas St., Ste. 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (Fax)

By: _____

Ancel Escobar
State Bar No. 24101171
Ancel.Escobar@kempsmith.com