UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MHC TRUCK LEASING, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>EMS SERROT, LLC<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§ Cause No. EP-23-CV-128-KC<br>§<br>§<br>§<br>§<br>§<br>§ |

## MHC TRUCK LEASING, LLC'S SUPPLEMENTAL MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff MHC Truck Leasing, LLC ("*MHCTL*") respectfully requests the court enter default judgment against defendant EMS Serrot, LLC ("*EMS*") and supplements its previously filed Motion for Default Judgment as follows:

### A.   *Supplemental Motion for Default Judgment*

1. On August 2, 2023, MHCTL filed MHC Truck Leasing, LLC's Request for Entry of Default and Motion for Default Judgment (the "*Motion*"). (ECF No. 10). There, as Exhibit A, MHCTL attached its Declaration in Support of MHC Truck Leasing, LLC's Request for Entry of Default Judgment and Motion for Default Judgment, with exhibits A-1 through A-4. Exhibit A-4 contains supporting documentation and a statement of account which notes defendant EMS Serrot, LLC ("*EMS*") owes $110,427.81 pursuant to contracts with MHCTL.

2. MHCTL files this Supplemental Motion as it has learned the amount owed by EMS has been slightly reduced by application of one additional credit since MHCTL filed suit. The revised statement of August 1, 2023, notes this credit and now states an amount owed of $95,391.63. *See*

1

Exhibit 1. MHCTL therefore attaches the Business Records Affidavit of MHC Truck Leasing, LLC as Exhibit 1, and by way of this supplement respectfully modifies its Motion to seek damages in the amount of $95,391.63, as opposed to the larger amount noted in MHCTL's original Motion.

      MHC Truck Leasing, LLC therefore respectfully prays this Court GRANT its Request for Entry of Default and Motion for Default Judgment, as modified by this Supplemental Motion for Default Judgment, and to award any and all further relief to which it may be justly entitled, at law or in equity.

Dated this 3rd day of August 2023.

                                            Respectfully submitted,

                                            **KEMP SMITH LLP**
                                            221 N. Kansas St., Ste. 1700
                                            El Paso, Texas 79901
                                            (915) 533-4424
                                            (915) 546-5360 (Fax)

By:       */s/ Ancel Escobar*      
                  Ancel Escobar
                  State Bar No. 24101171
                  Ancel.Escobar@kempsmith.com